UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE CONNECTICUT PIPE TRADES LOCAL 777 HEALTH FUND, ANNUITY FUND, CONNECTICUT STATE PENSION FUND, APPRENTICE TRAINING FUND, INDUSTRY FUND, INTERNATIONAL TRAINING FUND, NATIONAL PENSION FUND, AND THE UNITED ASSOCIATION OF PLUMBERS AND PIPEFITTERS LOCAL 777 ) ) ) ) ) ) ) ) ) | Civil Action No. |
| **Plaintiffs** ) ) | |
| v. ) ) | |
| MALANGONE MECHANICAL, LLC ) ) | |
| **Defendant** ) ) ) ) | August 7, 2019 |

## COMPLAINT

### PARTIES

1.      Plaintiffs Trustees of the Connecticut Pipe Trades Local 777 Health Fund, Annuity Fund, Connecticut State Pension Fund, Apprentice Training Fund, Industry Fund (hereinafter referred to as the "Local Funds"), and Plaintiffs Trustees of the United Association of Plumbers and Pipefitters International Training Fund and National Pension Fund (hereinafter referred to as the "National Funds") (jointly the "Funds") are Trustees of multi-employer employee benefit plans as those terms are defined in Sections 3(3) and 3(37) of the Employee Retirement Income Security Act of 1974, (hereinafter referred

1

to as "ERISA," 29 U.S.C. §§ 1002(3) and (37)).   The Funds are established and maintained by Restated Agreement and Declaration of Trusts and by a Collective Bargaining Agreement ("CBA") between the United Association of Plumbers and Pipefitters Local 777 (hereinafter referred to as "the Union") and Malangone Mechanical, LLC, (hereinafter referred to as "Malangone Mechanical"). The Local Funds are administered at 1155 Silas Deane Highway, Wethersfield, CT 06109. The National Funds are administered at 103 Oronoco Street, Alexandria, VA 22314.

2.      Plaintiff United Association of Plumbers and Pipefitters Local 777 (hereinafter referred to as the "Union") is a labor organization within the meaning of Section 2(5) of the National Labor Relations Act, 29 U.S.C. § 152(5).

3.      The Defendant, Malangone Mechanical, was doing business under the laws of the State of Connecticut, with an address located at 17 Mix Avenue, West Haven, CT 06516. Malangone Mechanical transacted business in the State of Connecticut as a contractor or subcontractor in the plumbing and pipefitting industry and at all times herein was an "employer in an industry affecting commerce" as defined in Sections 501(l), (3), and 2(2) of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. §§ 142(l), (3), and 152(2); Sections 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. §§ 1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments Act of 1980, 29 U.S.C. § 1001(a).

2

## JURISDICTION

4.      This Court has jurisdiction over this action because it arises under the laws of the United States.  28 U.S.C. § 1331.  Specifically, this Court has jurisdiction over this action under Sections 502 and 515 of ERISA, 29 U.S.C. §§ 1132 and 1145; and under Section 301 of the LMRA, 29 U.S.C. § 185(a).  This is an action for breach of a CBA between an employer and a labor organization representing employees in an industry affecting commerce and to collect delinquent employer contributions due to employee benefit plans under the terms of a CBA and ERISA.

## COUNT I (Breach of a Collective Bargaining Agreement)

5.      The Plaintiffs hereby incorporate by reference paragraphs 1-4 of the Complaint as if fully set forth herein.

6.      Malangone Mechanical entered into a CBA with the United Association of Plumbers and Pipefitters Local 777, establishing the terms and conditions of employment for journeyman and apprentice plumbers and pipefitters employed by Malangone Mechanical.

7.      Pursuant to the CBA, Malangone Mechanical is required to pay to the Funds certain sums of money for each hour worked or paid by employees of Defendant Malangone Mechanical covered by the CBA.

8.      Said CBA also binds Malangone Mechanical to the Funds' Collection Policy, which provides for interest, liquidated damages, reasonable attorney's fees, and

3

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**

COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

sheriff and court costs to be imposed for the collection of any contributions that are not timely paid.

9.      Malangone Mechanical employed certain employees covered under the CBA throughout the period of November 2016 through March 2019, when Malangone Mechanical terminated its CBA with the Union.

10.     Defendant Malangone Mechanical failed to make contributions or submit remittance reports for work performed at Malangone Mechanical's request for the months of November 2018 through March 2019.

11.     Additionally, the Funds' Collection Policy authorizes audits of signatory employers' payroll records.

12.     Payroll audits conducted on Malangone Mechanical revealed disclosures of unpaid contributions for the period of November 2016 through October 2018.

13.     The Local Funds' audit disclosed unpaid contributions in the amount of *$104,541.44* as well as audit costs in the amount of *$2,617.49,* for a total owed of *$107,158.93.*

14.     The National Funds' audit disclosed unpaid contributions in the amount of *$17,632.83,* as well as audit costs in the amount of *$373.92,* for a total of *$18,006.75.*

15.     Malangone Mechanical's failure to pay the amounts owed to the Funds as disclosed in the audits as well on behalf of employees covered by the CBA from November 2018 through March 2019 is a breach of the CBA.

ROBERT M. CHEVERIE & ASSOCIATES, P.C.

COMMERCE CENTER ONE · 333 EAST RIVER DRIVE · SUITE 101 · EAST HARTFORD, CT  06108 · (860) 290-9610 · FAX (860) 290-9611 · JURIS NO. 405719

16.    Pursuant to the CBA and the Funds' Collection Policy, Malangone Mechanical is liable to the Plaintiffs for the unpaid contributions, interest on the unpaid contributions, liquidated damages, reasonable attorney's fees, costs of this action, and such other legal and equitable relief as the Court deems appropriate.

**COUNT II (Delinquent Contributions under ERISA)**

17.    The Plaintiffs hereby incorporate by reference paragraphs 1-16 of the Complaint as if fully set forth herein.

18.    Malangone Mechanical's failure to pay the amounts owed to the Funds is a violation of ERISA, 29 U.S.C. § 1145, which requires contributions to be made to multi-employer plans under the terms of a Collective Bargaining Agreement.

19.    Pursuant to 29. U.S.C. § 1132(g)(2) and the Collective Bargaining Agreement, Malangone Mechanical is liable to the Plaintiffs for all unpaid delinquent contributions, Union Dues, interest on the unpaid contributions and dues, liquidated damages provided for in the Plan, reasonable attorney's fees, costs of this action, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs Funds pray for judgment as follows:

A.  Ordering Malangone Mechanical to submit remittance reports and payment to the Local and National Funds for contributions for the months of November 2018 through March 2019;

B.  Ordering Malangone Mechanical to pay *$104,541.44* in audit disclosures to the Local Funds for the period of November 2016 through October 2018 plus *$2,617.49* in audit costs;

5

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

C. Ordering Malangone Mechanical to pay **$17,632.83** in audit disclosures to the National Funds for the period of November 2016 through October 2018 plus **$373.92** in audit costs;

D. Ordering Malangone Mechanical to make payment of interest and liquidated damages on the unpaid contributions to the Local Funds and National Funds, as well as reasonable attorney's fees, and costs of this action, pursuant to 29 U.S.C. Section 1132(g); and

E. For such other and further relief as the Court may deem appropriate.

DATED at East Hartford, Connecticut, this 7th day of August 2019.

ATTORNEY FOR PLAINTIFFS,

By: _____/s/ Gregory S. Campora____
Gregory S. Campora, Esq.
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT  06108-4203
Tele. No.: (860) 290-9610
Fax No.: (860) 290-9611
Fed. Bar No.: ct 23775
E-mail: gcampora@cheverielaw.com

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**

COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Complaint has been served by

certified mail, as required by Section 502(h) of the Employment Retirement Income

Security Act of 1974, 29 U.S.C. Section 1132(h), this 7th day of August 2019, on the

following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
31 Hopkins Plaza, Suite B2
Baltimore, MD  21201
Attn:  Employee Plans

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C.  20210
Attn:  Assistant Solicitor for Plan
      Benefits Security

                                    ATTORNEY FOR PLAINTIFFS,


                                    By: /s/ Gregory S. Campora
                                       Gregory S. Campora, Esq.

ROBERT M. CHEVERIE & ASSOCIATES, P.C.

COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719